# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY HOWERTON,
     Appellant,
   vs.
THE STATE OF NEVADA
DEPARTMENT OF BUSINESS AND
INDUSTRY, FINANCIAL
INSTITUTIONS DIVISION; NEVADA
ATTORNEY GENERAL; NEVADA
BOARD OF ACCOUNTANCY;
HENDERSON POLICE DEPARTMENT;
AND LAS VEGAS METROPOLITAN
POLICE DEPARTMENT,
     Respondents.

No. 82092

FILED

MAY 11 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a petition for a writ of mandamus. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

On March 31, 2021, this court entered an order directing appellant, within 14 days, to file the transcript request form, the docketing statement, and an opening brief or informal brief for pro se parties. The order cautioned appellant that failure to comply timely could result in the dismissal of this appeal. NRAP 9(a)(7); NRAP 14(c); NRAP 31(d). To date appellant has not filed the documents or otherwise communicated with this

SUPREME COURT
OF
NEVADA

(O) 1947A

21-13462

court; accordingly, it appears appellant has abandoned this appeal, and this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Richard Scotti, District Judge
       Jeffrey Howerton
       Attorney General/Carson City
       Eighth District Court Clerk